# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TIMOTHY NMI SCIUTTO & REBECCA A. SCIUTTO  Case Number: 06-71532
1415 S. ROTZLER ROAD     SSN-xxx-xx-1395 & xxx-xx-9839
FREEPORT, IL  61032

Case filed on: 8/24/2006
Plan Confirmed on: 2/16/2007

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,632.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A. HART | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 005 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMMERCIAL RECOVERY SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SEARS CARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | TIMOTHY NMI SCIUTTO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS INC | 8,630.03 | 0.00 | 0.00 | 0.00 |
| 002 | RESURGENT CAPITAL SERVICES AS | 4,160.40 | 4,160.40 | 276.59 | 0.00 |
|  | Total Secured | 12,790.43 | 4,160.40 | 276.59 | 0.00 |
| 003 | ASSOCIATES INVESTMENT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ECAST SETTLEMENT CORPORATION | 9,819.81 | 9,819.81 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 1,696.40 | 1,696.40 | 0.00 | 0.00 |
| 007 | B-LINE LLC | 2,526.57 | 2,526.57 | 0.00 | 0.00 |
| 008 | CITIFINANCIAL | 1,395.49 | 1,395.49 | 0.00 | 0.00 |
| 011 | FIRST USA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FREEPORT HEALTH NETWORK | 529.33 | 529.33 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 2,957.30 | 2,957.30 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 1,089.89 | 1,089.89 | 0.00 | 0.00 |
| 016 | JEFFERSON CAPITAL SYSTEMS, LLC | 6,953.46 | 6,953.46 | 0.00 | 0.00 |
| 017 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RESURGENCE FINANCIAL LLC | 7,547.82 | 7,547.82 | 0.00 | 0.00 |
| 019 | ROCKFORD HEALTH PHYSICIANS | 411.33 | 411.33 | 0.00 | 0.00 |
| 021 | UNION PLUS CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | B-LINE LLC | 7,365.14 | 7,365.14 | 0.00 | 0.00 |
| 023 | FREEPORT HEALTH NETWORK | 1,761.94 | 1,761.94 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 1,048.62 | 1,048.62 | 0.00 | 0.00 |
| 025 | CITIFINANCIAL | 1,299.27 | 1,299.27 | 0.00 | 0.00 |
|  | Total Unsecured | 46,402.37 | 46,402.37 | 0.00 | 0.00 |
|  | Grand Total: | 61,392.80 | 52,762.77 | 2,476.59 | 0.00 |

Total Paid Claimant: $2,476.59
Trustee Allowance: $155.41
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007      By  /s/Heather M. Fagan